

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 9, 2025

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:     *United States v. Garcia-Valecillos*, 25 Cr. 403 (VSB)

Dear Judge Broderick:

      The Government writes in advance of the arraignment and initial pretrial conference in the above-captioned case, currently scheduled for Thursday, September 11, 2025, at 11:30 a.m. On September 8, 2025, the defendant was charged in a one-count indictment with assaulting an employee of the United States, in violation of 18 U.S.C. §§ 111(a)(1) and (b). The Government respectfully requests that time be excluded from September 8, 2025 through September 11, 2025, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the Government time to begin producing discovery and to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interests of justice.

Application Granted in Part and Denied in Part. Specifically, the exclusion of time from September 8, 2025 to September 9, 2025 is DENIED, see, e.g., United States v. Tunnessen, 763 F.2d 74, 77 (2d Cir. 1985) ("Congress intended that the decision to grant an ends-of-justice continuance be prospective, not retroactive; an order granting a continuance on that ground must be made at the outset of the excludable period."), and the exclusion of time from September 10, 2025 to September 11, 2025 is GRANTED.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/
Adabelle U. Ekechukwu
Assistant United States Attorney
(212) 637-1944

SO ORDERED:

*[signature: Vernon Broderick]*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE
09/10/2025