# Federal Defenders
## OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
-8700 Fax: (212) 571-0392

Jennifer L. Brown
*Attorney-in-Charge*

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 11/07/2025

The status conference scheduled for November 14, 2025 is hereby adjourned to December 15, 2025 at 11:30 a.m. The adjournment is necessary to permit the parties to complete their discussions related to a potential pretrial resolution of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between November 14, 2025 and December 15, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

<u>Via ECF</u>

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Gabriel Fidel Garcia-Valecillos</u>
       **25 Cr. 403 (VSB) (S.D.N.Y.)**

Dear Judge Broderick,

I write with the consent of the Government to respectfully request an approximately 30-day adjournment of the November 14, 2025 appearance in the above-captioned matter. The parties are currently engaged in discussions regarding a potential pretrial resolution and jointly request an adjournment to continue those discussions and potentially reach an agreed-upon disposition.

The parties are available on Monday, December 15 at 11:30 a.m.; Tuesday December 16 at either 11:30 a.m. or 2:00 p.m.; Wednesday, December 17 at 10:00 or 11:00 a.m.; and Thursday, December 18 at 10:00 or 11:00 a.m. Should the Court adjourn the November 14, 2025 appearance, the Government requests, and the defense does not object to, the exclusion of time under the Speedy Trial Act until the adjourned conference date.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   Counsel of record