**Federal Defenders**
OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

Southern District
th Floor
Y 10007
71-0392

Brown
*'harge*

APPLICATION GRANTED
SO ORDERED _____
VERNON S. BRODERICK
U.S.D.J.   12/10/2025

The status conference scheduled for December 15, 2025 is hereby adjourned to January 15, 2026 at 11:00 a.m.  The adjournment is necessary to permit the parties to complete their discussions related to a pretrial resolution of this matter.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between December 15, 2025 and January 15, 2026 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**Via ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    **United States v. Gabriel Fidel Garcia-Valecillos**
        **25 Cr. 403 (VSB) (S.D.N.Y.)**

Dear Judge Broderick,

        I write with the consent of the Government to respectfully request an approximately 30-day adjournment of the December 15, 2025 appearance in the above-captioned matter. The parties are currently engaged in discussions regarding a pretrial resolution and jointly request an adjournment to continue those discussions and potentially reach an agreed-upon disposition.

        Should the Court adjourn the December 15, 2025 appearance, the Government requests, and the defense does not object to, the exclusion of time under the Speedy Trial Act until the adjourned conference date.

        We thank the Court for its consideration of this request.

                                Respectfully submitted,

                                /s/

                                Neil P. Kelly
                                Assistant Federal Defender
                                (212) 417-8744

cc:    Counsel of record